**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
EVIP CANADA, INC. and TERRACAP
VENTURES, INC.,

                     Plaintiffs,                  18 **CIVIL** 11456 (LJL)

        -against-                      **JUDGMENT**

SCHNADER HARRISON SEGAL & LEWIS
LLP and JOEL HANDEL,

                     Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2021, Defendants' motion for summary judgment is GRANTED. The *Daubert* motions are DENIED as MOOT; accordingly, the case is closed.

**Dated:** New York, New York
          March 17, 2021

                                                **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                    **BY:**    *K. Mango*

                                                  **Deputy Clerk**